UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION



DOCKET # 05030110-MAP

| | |
|---|---|
| Jeffrey A. Moulton<br>    Plaintiff, ) | **Answer of defendant,**<br>**Robert Sanderson** |
| v. ) | |
| Gail L. Perlman, individually and in her official capacity as First Justice of the Hampshire County Probate and Family Court of Massachusetts; David E. Sullivan, individually and in his official capacity as Hampshire County Register of Probate of Massachusetts; William M. O'Riordan, individually and in his official capacity as Chief Probation Officer of Hampshire Probate and Family court of Massachusetts; Kevin M. McDonald, individually and in his official capacity as Probation Officer; Dennis Healey, individually and in his official capacity as the Chief of Police for the Town of Ware, Massachusetts; Randy S. Topor, individually and in his official capacity as a Police Officer for the Town of Ware, Massachusetts; Lu-Ann J. Eldredge, individually and in her official capacity as a Police Office for the Town of Ware, Massachusetts; James Ayotte, individually and in his official capacity as a Police Officer for the Town of Hardwick, Massachusetts; Kimberly S. Moulton, individually; John F. Gallagher, individually; Robert Sanderson, individually, Regina Sanderson, individually; Richard Primavera, individually;<br>    Defendants. ) | |

Now comes the defendant, Robert Sanderson, and answers this complaint as follows:

1. I admit that I am a natural person residing in the Commonwealth of Mass.

2. Insofar as certain allegations of misconduct are summarily alleged against me by the Plaintiff, I deny any and all.

I further aver, that this complaint states no facts upon which I could be held liable for any claim alleged by the Plaintiff at law or equity.

I pray this Honorable Court to dismiss this action against me for failure to state a claim, and seek damages against the Plaintiff for frivolous filing of said claim.

Signed under the pains and penalties of perjury, this 3rd day of June, 2005.

*Robert D. Sanderson*
Robert D. Sanderson

CERTIFICATE OF SERVICE

I have caused to be served upon the plaintiff, this answer by sheriff.

HAMPSHIRE SS                                         GENERAL SERVICE RETURN
I hereby certify and return that on *June 6*, 20 *05*, I served a copy of the within
*Answer of Defendant Robert Sanderson* upon the within named ~~defendant~~ in the
following manner: * *Jeffrey H. Moulton*
   ✓ By giving in hand to said ~~defendant~~ *Jeffrey A. Moulton*
      ~~By leaving at the last and usual place of abode of said defendant, a true and attested copy~~
thereof, at *305 Rocky Hill Road*, in said *Northampton, MA 01050*
~~And afterwards, on the same ___, 20__, I mailed first class to said defendant a~~
~~copy of this ___ to such last and usual place of abode as indicated~~
~~herein, to wit:~~
Dated: *June 6*    20 *05*.

                                                      DAVID R. [KNIGHTLY], DEPUTY SHERIFF
                                                      *Deputy Sheriff*