UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION



DOCKET # 05030110-MAP

| | |
|---|---|
| Jeffrey A. Moulton )  <br>       Plaintiff,     ) <br>                      ) | **Answer of defendant,** <br> **Regina Sanderson** |
| v. ) | |
| ) | |
| Gail L. Perlman, individually and in her official ) | |
| capacity as First Justice of the Hampshire County ) | |
| Probate and Family Court of Massachusetts; ) | |
| David E. Sullivan, individually and in his ) | |
| official capacity as Hampshire County Register of ) | |
| Probate of Massachusetts; William M. O'Riordan, ) | |
| individually and in his official capacity as ) | |
| Chief Probation Officer of Hampshire Probate ) | |
| and Family court of Massachusetts; ) | |
| Kevin M. McDonald, individually and in his official ) | |
| capacity as Probation Officer; Dennis Healey, ) | |
| individually and in his official capacity as the ) | |
| Chief of Police for the Town of Ware, Massachusetts; ) | |
| Randy S. Topor, individually and in his official ) | |
| capacity as a Police Officer for the Town of Ware, ) | |
| Massachusetts; Lu-Ann J. Eldredge, individually and ) | |
| in her official capacity as a Police Office for the Town ) | |
| of Ware, Massachusetts; James Ayotte, individually ) | |
| and in his official capacity as a Police Officer for ) | |
| the Town of Hardwick, Massachusetts; Kimberly S. ) | |
| Moulton, individually; John F. Gallagher, individually; ) | |
| Robert Sanderson, individually, Regina Sanderson, ) | |
| individually; Richard Primavera, individually; ) | |
|       Defendants.    ) | |

Now comes the defendant, Regina Sanderson, and answers this complaint as follows:

1. I admit that I am a natural person residing in the Commonwealth of Mass.

2. Insofar as certain allegations of misconduct are summarily alleged against me by the Plaintiff, I deny any and all.

I further aver, that this complaint states no facts upon which I could be held liable for any claim alleged by the Plaintiff at law or equity.

I pray this Honorable Court to dismiss this action against me for failure to state a claim, and seek damages against the Plaintiff for frivolous filing of said claim.

Signed under the pains and penalties of perjury, this 3rd day of June, 2005.

_____
Regina M. Sanderson

## CERTIFICATE OF SERVICE

I have caused to be served upon the plaintiff, this answer by sheriff.

---

HAMPSHIRE SS                                                              GENERAL SERVICE RETURN

I hereby certify and return that on JUNE 6, 20 05, I served a copy of the within ANSWER OF DEF. REGINA SANDERSON on the within named defendant in the following manner: * JEFFREY A. MOULTON
  ✓ By giving in hand to said defendant. JEFFREY A. MOULTON
      By leaving at the last and usual place of abode of said defendant, a true and attested copy thereof, at 45 ROCKY HILL ROAD in said NORTHAMPTON MA 01060
And afterwards, on the same _____, 20__, I mailed first-class to said defendant a copy of this _____ to such last and usual place of abode as indicated herein, to wit: _____.

Dated: JUNE 6         20 05.
Fees:
Service: 20.00
Copy:    1.00
Travel:  3.60
M.V.:    1.50
Attest:  5.00
Total:   30.70                         _____
                                       DAVID R. KNIGHTLY, DEPUTY SHERIFF
                                       Deputy Sheriff