UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

DOCKET NO. 05-30110-MAP

| | |
|---|---|
| JEFFREY A. MOULTON,<br>Plaintiff<br>v.<br><br>GAIL L. PERLMAN, individually and in her official capacity as First Justice of the Hampshire County Probate and Family Court of Massachusetts; DAVID E. SULLIVAN, individually and in his official capacity as Hampshire County Register of Probate of Massachusetts; WILLIAM M. O'RIORDAN, individually and in his official capacity as Chief Probation Officer of the Hampshire Probate and Family Court of Massachusetts; KEVIN M. McDONALD, individually and in his official capacity as Probation Officer; DENNIS HEALEY, individually and in his official capacity as Chief of Police for the Town of Ware, Massachusetts; RANDY TOPOR, individually and in his official capacity as a Police Officer for the Town of Ware, Massachusetts; LU-ANN J. ELDREDGE, individually and in her official capacity as a Police Officer for the Town of Ware, Massachusetts; JAMES AYOTTE, individually and in his official capacity as a Police Officer for the Town of Hardwick, Massachusetts; KIMBERLY S. MOULTON, individually; JOHN F. GALLAGHER; ROBERT SANDERSON, individually; REGINA SANDERSON, individually; RICHARD PRIMAVERA, individually,<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, Dennis Healey, Randy Topor and Lu-Ann J. Eldredge, with regard to the above-captioned matter.

MORRISON MAHONEY LLP

_____
Carole Sakowski Lynch, BBO#547718
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373   (413) 739-3125 (Fax)

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on ___6/22/05___