UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30110-MAP

| | |
|---|---|
| JEFFREY A. MOULTON,<br>    Plaintiff<br><br>vs.<br><br>GAIL L. PERLMAN, individually and in her official capacity as First Justice of the Hampshire County Probate and Family Court of Massachusetts; DAVID E. SULLIVAN, individually and in his official capacity as Hampshire County Register of Probate of Massachusetts; WILLIAM M. O'RIORDAN, individually and in his official capacity as Chief Probation Officer of the Hampshire Probate and Family Court of Massachusetts; KEVIN M. MCDONALD, individually and in his official capacity as Probation Officer; DENNIS HEALEY, individually and in his official capacity as Chief of Police for the Town of Ware, Massachusetts; RANDY TOPOR, individually and in his official capacity as a Police Officer for the Town of Ware, Massachusetts; LU-ANN J. ELDREDGE, individually and in her official capacity as a Police Officer for the Town of Ware, Massachusetts; JAMES AYOTTE, individually and in his official capacity as a Police Officer for the Town Hardwick, Massachusetts; KIMBERLY S. MOULTON, individually; JOHN F. GALLAGHER; ROBERT SANDERSON, individually; REGINA SANDERSON, individually; RICHARD PRIMAVERA, individually;<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

    Please enter my appearance on behalf of the defendant, JAMES AYOTTE, in the above-captioned case.

404784

THE DEFENDANT
JAMES AYOTTE

By  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 27th day of July, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Carole Sakowski Lynch, Esq., of Morrison Mahoney, LLP, 1500 Main Street, Suite 2400, Springfield, MA 01115; Regina Sanderson, *Pro Se*, of 264 Upper Church, Gilbertsville, MA 01031; Robert Sanderson, *Pro Se*, of 264 Upper Church, Gilbertsville, MA 01041; Jeffrey A. Moulton, *Pro Se*, 33 Sorel Road, Ware, MA 01082; Gail L. Perlman, First Justice Hampshire County Probate Court, David E. Sullivan, Hampshire County Register of Probate; William M. O'Riordan, Hampshire County Chief Probation Officer; Kevin M. McDonald, Probation Officer; of Probate and Family Court Department, Hampshire Division, 33 King Street, Suite 3, Northampton, MA 01060.

Subscribed under the penalties of perjury.

*/s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

404784