30 July 05

TO: OFFICE OF THE CLERK
United States Dist. Court
1550 Main St.
Springfield, MA 01103

FROM: Richard S. Primavera
9 Crescent Terrace
Ware, MA 01082
413-967-6555

RE: JEFFREY A. MOULTON V. GAIL L. PERLMAN, ET AL.
DOCKET NO: 05-30110-MAP

Dear Sir or Madam:

I, Richard S. Primavera, being a defendant named in the above action, do move to dismiss plaintiff's complaint because it fails to conform to the concise pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure. Further, it fails to state a claim under which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6). The plaintiff is involved in a divorce action where custody, support and division of assets are at issue. I have no legal standing in any of those issues. Other than being the plaintiff's wife's stepfather, I have no knowledge of why I have been named in this action. Further legal argument for dismissal is contained in a motion filed by Morrison Mahoney LLP, the 18 July 05.

Thank you for your time.

Very truly yours,

Richard Primavera
Richard S. Primavera