UNITED STATES DISTRICT COURT
WESTERN DISTRICT

CIVIL ACTION NO. 05-30110-MAP

| | |
|---|---|
| JEFFREY A. MOULTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GAIL L. PERLMAN, individually and in her official capacity as First Justice of the Hampshire County Probate and Family Court of Massachusetts; DAVID E. SULLIVAN, individually and in his official capacity as Hampshire County Register of Probate of Massachusetts; WILLIAM M. O'RIORDAN, individually and in his official capacity as Chief Probation Officer of the Hampshire Probate and Family Court of Massachusetts; KEVIN M. MCDONALD, individually and in his official capacity as probation Officer; DENNIS HEALEY, individually and in his official capacity as Chief of Police for the Town of Ware, Massachusetts; RANDY TOPOR, individually and in his official capacity as Police Officer for the Town of Ware, Massachusetts; LU-ANN J. ELDREGE, individually and in her official capacity as a Police Officer for the Town of Ware, Massachusetts; JAMES AYOTTE, individually and in his official capacity as a Police Officer for the Town of Hardwick, Massachusetts; KIMBERLY S. MOULTON, individually; JOHN F. GALLAGHER; ROBERT SANDERSON, individually; REGINA SANDERSON, individually; RICHARD PRIMAVERA, individually; | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

The undersigned hereby enters an appearance on behalf of defendants David E. Sullivan, William M. O'Riordan, and Kevin M. McDonald ("Commonwealth Defendants").

1

                                    **COMMONWEALTH DEFENDANTS,**
                                    **THOMAS F. REILLY**
                                    **ATTORNEY GENERAL**

                            By: /s/ Timothy M. Jones
                                Timothy M. Jones
                                Assistant Attorney General
                                Western Massachusetts Division
                                1350 Main Street, 4th Floor
                                Springfield, MA 01103
                                (413)784-1240 ext. 105
                                (413)784-1244 - Fax
                                BBO#618656

<u>CERTIFICATE OF SERVICE</u>

      I, Timothy M. Jones, hereby certify that on September 15, 2005, I served a copy of the foregoing **ENTRY OF APPEARANCE** by First-Class Mail, postage prepaid, on the following parties of record:

Jeffrey A. Moulton
33 Sorel Road
Ware, MA 01082


                                            By:   /s/ Timothy M. Jones
                                                          Timothy M. Jones