UNITED STATES DISTRICT COURT
WESTERN DISTRICT

CIVIL ACTION NO. 05-30110-MAP

| | |
|---|---|
| JEFFREY A. MOULTON, | ) |
| Plaintiff, | ) |
| v. | ) |
| GAIL L. PERLMAN, individually and in her official capacity as First Justice of the Hampshire County Probate and Family Court of Massachusetts; DAVID E. SULLIVAN, individually and in his official capacity as Hampshire County Register of Probate of Massachusetts; WILLIAM M. O'RIORDAN, individually and in his official capacity as Chief Probation Officer of the Hampshire Probate and Family Court of Massachusetts; KEVIN M. MCDONALD, individually and in his official capacity as probation Officer; DENNIS HEALEY, individually and in his official capacity as Chief of Police for the Town of Ware, Massachusetts; RANDY TOPOR, individually and in his official capacity as Police Officer for the Town of Ware, Massachusetts; LU-ANN J. ELDREGE, individually and in her official capacity as a Police Officer for the Town of Ware, Massachusetts; JAMES AYOTTE, individually and in his official capacity as a Police Officer for the Town of Hardwick, Massachusetts; KIMBERLY S. MOULTON, individually; JOHN F. GALLAGHER; ROBERT SANDERSON, individually; REGINA SANDERSON, individually; RICHARD PRIMAVERA, individually; | ) |
| Defendants. | ) |

**COMMONWEALTH DEFENDANTS'
MOTION TO DISMISS**

The Attorney General, on behalf of defendants David E. Sullivan, William M. O'Riordan, and Kevin M. McDonald ("Commonwealth Defendants"), submits this motion to dismiss, pursuant

1

to Fed. R. Civ. P. 12(b)(6) and 12(b)(1). All claims against the Commonwealth Defendants should be dismissed in their entirety for all of the reasons provided in the Commonwealth Defendants' Memorandum in Support of Motion to Dismiss, which is incorporated herein.

          **COMMONWEALTH DEFENDANTS,**
          **THOMAS F. REILLY**
          **ATTORNEY GENERAL**

By: /s/ Timothy M. Jones
    Timothy M. Jones
    Assistant Attorney General
    Western Massachusetts Division
    1350 Main Street, 4th Floor
    Springfield, MA 01103
    (413)784-1240 ext. 105
    (413)784-1244 - Fax
    BBO#618656

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify that on September 15, 2005, I served a copy of the foregoing **COMMONWEALTH DEFENDANTS' MOTION TO DISMISS** by First-Class Mail, postage prepaid, on the following parties of record:

Jeffrey A. Moulton
33 Sorel Road
Ware, MA 01082

          By:  /s/ Timothy M. Jones
                Timothy M. Jones