UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY A. MOULTON,
          PLAINTIFF

v.

KIMBERLY S. MOULTON, et al.,
          DEFENDANT

**Civil Action No. 05-30110-MAP**

## APPEARANCE OF COUNSEL

Now comes Sandra J. Staub in the captioned matter and hereby enters her appearance as counsel for Kimberly S. Moulton, Regina Sanderson and Robert Sanderson, defendants.

          Respectfully Submitted,
          Kimberly S. Moulton
          Regina Sanderson
          Robert Sanderson
          By their attorney,

Dated: November 14, 2005

          _____
          Sandra J. Staub    BBO#555544
          Allison, Angier & Bartmon, LLP
          69 South Pleasant Street
          Amherst, MA 01002
          413 253-9700

## CERTIFICATE OF SERVICE

I certify that today November 14, 2005 I served copies of this Appearance of Counsel via First Class Mail on the following pro se parties:

Jeffrey A. Moulton
33 Sorel Road
P.O. Box 994
Ware, MA 01082

John F. Gallagher, Esq.
Gallagher, Shea & Gallagher
155 Maple Street
Springfield, MA 01105

Dated: November 14, 2005

          _____
          Sandra J. Staub