UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY A. MOULTON,
               PLAINTIFF

v.

KIMBERLY S. MOULTON, et al.,
               DEFENDANT

Civil Action No. 05-30110-MAP

## MOTION TO DISMISS BY ROBERT SANDERSON, REGINA SANDERSON AND KIMBERLY S. MOULTON

Pursuant to Fed. R. Civ. Pr. 12(b)(6), the defendants Robert Sanderson, Regina Sanderson and Kimberly S. Moulton (the "defendants") move the Court to dismiss the complaint against the defendants individually. As grounds for this Motion, the defendants state that the complaint should be dismissed because (I) the complaint fails to set forth any allegations against the defendants and therefore fails to state a claim on which relief can be granted; and (II) the plaintiff lacks standing because he has failed to allege that he has suffered an "injury in fact," attributable to the defendants. The grounds for this motion are set forth in the Memorandum in Support of Motion to Dismiss by Mr. and Mrs. Sanderson and Ms. Moulton.

Dated: November 14, 2005

Respectfully submitted,
Robert Sanderson
Regina Sanderson
Kimberly S. Moulton
By their attorney,

_____
Sandra J. Staub    BBO#555544
Allison, Angier & Bartmon, LLP
69 South Pleasant Street
Amherst, MA  01002
413 253-9700

1

## CERTIFICATE OF SERVICE

I certify that today November 14, 2005 I served copies of this Motion to Dismiss By Robert Sanderson, Regina Sanderson and Kimberly S. Moulton via First Class Mail on the following pro se parties:

Jeffrey A. Moulton
33 Sorel Road
P.O. Box 994
Ware, MA  01082

John F. Gallagher, Esq.
Gallagher, Shea & Gallagher
155 Maple Street
Springfield, MA  01105

Dated:  November 14, 2005

_____
Sandra J. Staub

## Certificate of Counsel Pursuant to Local Rule 7.1

Sandra J. Staub hereby certifies that she has been unable to confer with counsel for the plaintiff because the plaintiff represents himself.

Dated:  November 14, 2005

_____
Sandra J. Staub