```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

JEFFREY A. MOULTON,         )
         Plaintiff          )
                            )
         v.                 ) CIVIL ACTION NO. 05-30110-MAP
                            )
KIMBERLY S. MOULTON, ET AL, )
         Defendants         )

### MEMORANDUM AND ORDER REGARDING MOTION TO DISMISS OF ROBERT SANDERSON, REGINA SANDERSON AND KIMBERLY S. MOULTON
(Docket No. 18)

December 7, 2005

PONSOR, D.J.

    Defendants Robert Sanderson, Regina Sanderson and Kimberly S. Moulton have moved to dismiss for failure to state a claim and lack of standing.  No timely opposition to the motion has been filed, in violation of the Local Rules.  Because the arguments favoring dismissal offered by these three defendants are meritorious, and because the plaintiff has violated the Local Rules, this Motion to Dismiss is hereby ALLOWED.

    The court's previous rulings, in combination with this current ruling, leave only one defendant in this case, John Gallagher.  No return of service has been filed with regard to this defendant and the court hereby dismisses the claim against him, sua sponte.

    Since, by this memorandum, all remaining claims in the

case have been dismissed, the court orders the clerk to enter judgment of dismissal in favor of all defendants. This case may now be closed.

    It is So Ordered.

                                      /s/ Michael A. Ponsor
                                      MICHAEL A. PONSOR
                                      U. S. District Judge