# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

JEFFREY A. MOULTON,

   Plaintiff

         v.    CIVIL ACTION NO. 3: 05-30110 -MAP

KEMBERLY S. MOULTON, ET AL,

   Defendant

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing the plaintiff's complaint in favor of all defendants.

                                       SARAH A. THORNTON,
                                       CLERK OF COURT

Dated: December 7, 2005    By /s/ Maurice G. Lindsay
                                                 Maurice G. Lindsay
                                                 Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98)
      [jgm.]